SEALED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jerry Lee Farish<br><br>*Defendant* | )<br>)<br>) Case No. 3:18-MJ-812-BT<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jerry Lee Farish,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud, in violation of 18 U.S.C. 1343

Date: 12/07/2018

*Issuing officer's signature*

City and state: Dallas, Texas

Rebecca Rutherford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/7/18, and the person was arrested on *(date)* 12/10/18
at *(city and state)* Fort Worth, Texas 76107.

Date: 12/10/18

*Arresting officer's signature*

Tully Minoski, FBI Agent
*Printed name and title*

FBI

10760591